# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WILLIAM DEE,**

    **Plaintiff,**                                          **Civil Action No. 2:22-cv-4391**

    v.                                                  **JUDGE EDMUND A. SARGUS, JR.**
                                                            **Magistrate Judge Elizabeth P. Deavers**

**THE COLUMBUS DISTRIBUTING**
**COMPANY,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's Motion to Partially Dismiss Complaint of Defendant filed on February 14, 2023. (ECF No. 4.) Plaintiff, with leave of the Court, subsequently filed an Amended Complaint on March 23, 2023, (ECF No. 13), and Defendant filed an Answer to the Amended Complaint on March 28, 2023, (ECF No. 14). Accordingly, Defendant's Motion to Partially Dismiss Complaint of Defendant is **DENIED as moot**. (ECF No. 4.)

    **IT IS SO ORDERED.**

**6/6/2023**                                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                              **EDMUND A. SARGUS, JR.**
                                                                       **UNITED STATES DISTRICT JUDGE**